IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | : CHAPTER NO. 13 |
| | : |
| | : CASE NO. 21-10268-PMM |
| FRANCIS KAMUNIDA KARIUKI, | : |
| DEBTOR, | : |
| | : |
| PENNSYLVANIA DEPARTMENT | : HEARING DATE AND TIME |
| OF REVENUE, | : May 6, 2021 @ 10:00 A.M. |
| | : |
| MOVANT, | : |
| | : |
| V. | : |
| | : |
| FRANCIS KAMUNIDA KARIUKI, | : |
| | : |
| RESPONDENT, | : RELATED TO DOCKET NO. 27 |

CERTIFICATE OF SERVICE FOR THE PENNSYLVANIA DEPARTMENT
OF REVENUE'S OBJECTION TO DEBTOR'S PROPOSED
CHAPTER 13 PLAN

I, Jonathan W. Chatham, certify under penalty of perjury that I served the above captioned pleading Objection to Debtor's Chapter 13 Plan, on the parties at the below addresses, on May 5, 2021 by:

**21-10268-PMM Notice will be electronically mailed to:**

JONATHAN WILKES CHATHAM on behalf of Creditor PA Dept of Revenue
RA-occbankruptcy7@pa.gov

REBECCA ANN SOLARZ on behalf of Creditor LSF9 MASTER PARTICIPATION TRUST
bkgroup@kmllawgroup.com

JOHN R.K. SOLT on behalf of Debtor Francis Kamundia Kariuki
jsolt.soltlaw@rcn.com, rbernabe.soltlaw@rcn.com;soltjr78257@notify.bestcase.com

United States Trustee
USTPRegion03.PH.ECF@usdoj.gov

SCOTT F. WATERMAN (Chapter 13)
ECFMail@ReadingCh13.com

JAMES RANDOLPH WOOD on behalf of Creditor Bethlehem Area School District and Township of Bethlehem
jwood@portnoffonline.com, jwood@ecf.inforuptcy.com

**21-10268-PMM Notice will not be electronically mailed to:**

Fay Servicing, LLC
c/o McCalla Raymer Leibert Pierce, LLC
Bankruptcy Department
420 Lexington Avenue, Suite 840
New York, NY 10170

Date Executed: May 5, 2021                                             Respectfully submitted,

                                                                                            /s/ Jonathan W. Chatham
                                                                                            Jonathan W. Chatham
                                                                                            Deputy Chief Counsel
                                                                                            PA Department of Revenue
                                                                                            Office of Chief Counsel
                                                                                            P.O. Box 281061
                                                                                            Harrisburg, PA 17128-1061
                                                                                            PA I.D. # 209683
                                                                                            Phone: 717-783-3673
                                                                                            Facsimile: 717-772-1459