# UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:  Francis Kamundia Kariuki  ) Case No. 21-10268-pmm
          Debtor  ) Chapter 13
          )

## ORDER

AND NOW, upon consideration of Debtor's Objection to Proof of Claim No. 1-1 filed by CACH LLC, notice thereof, and opportunity for hearing, it is

ORDERED and DECREED that the proof of claim of CACH LLC, is disallowed in its entirety.

BY THE COURT:

*Patricia M. Mayer*
_____

**Date: June 10, 2021**

Patricia M. Mayer
United States Bankruptcy Judge