United States Bankruptcy Court

Eastern District of Pennsylvania

In re:     Case No. 21-10268-pmm

Francis Kamundia Kariuki     Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

| District/off: 0313-4 | User: admin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Jun 11, 2021 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol   Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 13, 2021:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Francis Kamundia Kariuki, 4037 Freemansburg Ave, Easton, PA 18045-5500 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 13, 2021     Signature:     /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 11, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| JAMES RANDOLPH WOOD | on behalf of Creditor Bethlehem Area School District and Township of Bethlehem jwood@portnoffonline.com jwood@ecf.inforuptcy.com |
| JOHN R.K. SOLT | on behalf of Debtor Francis Kamundia Kariuki jsolt.soltlaw@rcn.com rbernabe.soltlaw@rcn.com;soltjr78257@notify.bestcase.com |
| JONATHAN WILKES CHATHAM | on behalf of Creditor PA Dept of Revenue RA-occbankruptcy7@pa.gov |
| REBECCA ANN SOLARZ | on behalf of Creditor LSF9 MASTER PARTICIPATION TRUST bkgroup@kmllawgroup.com |
| SCOTT F. WATERMAN (Chapter 13) | ECFMail@ReadingCh13.com |
| United States Trustee | |

District/off: 0313-4 | User: admin | Page 2 of 2
Date Rcvd: Jun 11, 2021 | Form ID: pdf900 | Total Noticed: 1

USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 6

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRCT OF PENNSYLVANIA

In re:  Francis Kamundia Kariuki   ) Case No. 21-10268-pmm
              Debtor   ) Chapter 13
                                        )

**ORDER**

AND NOW, upon consideration of Debtor's Objection to Proof of Claim No. 1-1 filed by CACH LLC, notice thereof, and opportunity for hearing, it is

ORDERED and DECREED that the proof of claim of CACH LLC, is disallowed in its entirety.

BY THE COURT:

*Patricia M. Mayer*
_____

**Date: June 10, 2021**

Patricia M. Mayer
United States Bankruptcy Judge