| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA  19606 | Memphis, TN  38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2020 to 06/09/2021
**Chapter 13 Case No. 21-10268-PMM**

Francis Kamundia Kariuki  
4037 Freemansburg Ave  
Easton  PA    18045

Petition Filed Date: 02/03/2021  
341 Hearing Date: 03/30/2021  
Confirmation Date:

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 04/05/2021 | $2,775.00 | | 04/16/2021 | $2,775.00 | | 05/21/2021 | $2,775.00 | |

**Total Receipts for the Period:  $8,325.00    Amount Refunded to Debtor Since Filing:  $0.00    Total Receipts Since Filing: $8,325.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 1 | CACH, LLC<br>»» 001 | Unsecured Creditors | $11,032.72 | $0.00 | $0.00 |
| 2 | MIDLAND CREDIT MANAGEMENT INC<br>»» 002 | Unsecured Creditors | $832.96 | $0.00 | $0.00 |
| 3 | PERITUS PORTFOLIO SERVICES II, LLC<br>»» 003 | Unsecured Creditors | $617.83 | $0.00 | $0.00 |
| 4 | TEA OLIVE, LLC<br>»» 004 | Unsecured Creditors | $882.91 | $0.00 | $0.00 |
| 5 | PA DEPARTMENT OF REVENUE<br>»» 05P | Priority Crediors | $4,375.92 | $0.00 | $0.00 |
| 6 | PA DEPARTMENT OF REVENUE<br>»» 05U | Unsecured Creditors | $1,053.52 | $0.00 | $0.00 |
| 7 | TD BANK USA NA<br>»» 006 | Unsecured Creditors | $884.19 | $0.00 | $0.00 |
| 8 | FAY SERVICING LLC<br>»» 007 | Mortgage Arrears | $66,403.43 | $0.00 | $0.00 |
| 9 | JEFFERSON CAPITAL SYSTEMS LLC<br>»» 008 | Unsecured Creditors | $2,500.58 | $0.00 | $0.00 |
| 10 | BETHLEHEM AREA SCHOOL DISTRICT<br>»» 009 | Secured Creditors | $244.12 | $0.00 | $0.00 |
| 11 | TOWNSHIP OF BETHLEHEM<br>»» 010 | Secured Creditors | $7,821.73 | $0.00 | $0.00 |
| 12 | LVNV FUNDING LLC<br>»» 011 | Unsecured Creditors | $446.75 | $0.00 | $0.00 |
| 13 | DISCOVER BANK<br>»» 012 | Unsecured Creditors | $857.31 | $0.00 | $0.00 |
| 14 | CACH, LLC<br>»» 013 | Unsecured Creditors | $4,830.81 | $0.00 | $0.00 |

**Chapter 13 Case No. 21-10268-PMM**

**SUMMARY**

Summary of all receipts and disbursements from date filed through 6/9/2021:

| | | | |
|---|---|---|---|
| Total Receipts: | $8,325.00 | Current Monthly Payment: | $2,775.00 |
| Paid to Claims: | $0.00 | Arrearages: | $2,775.00 |
| Paid to Trustee: | $666.00 | Total Plan Base: | $72,150.00 |
| Funds on Hand: | $7,659.00 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/** for more information.

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.