UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:	Francis Kamundia Kariuki<br>Debtor | Case No.: 21-10268-pmm |
| | Chapter: 13 |
| Fay Servicing, LLC as Servicer for LSF9 Master Participation Trust,<br>Movant<br>v. | Judge:  Patricia M. Mayer |
| | Hearing Date: |
| Francis Kamundia Kariuki<br>Scott F. Waterman – Trustee,<br>Respondents | December 7, 2021 at 10:00 am |
| | Objection Deadline: December 2, 2021 |

## NOTICE OF MOTION FOR RELIEF FROM AUTOMATIC STAY

Fay Servicing, LLC as Servicer for LSF9 Master Participation Trust has filed a Motion for Relief from Stay with the Court in order to gain Court authority to foreclose on real property known as 4037 Freemansburg Ave, Easton, PA 18045.

**Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult an attorney.)**

1. If you do not want the Court to grant the relief sought in the motion or if you want the court to consider your views on the motion, then on or before December 2, 2021 (14 days after the date the notice was mailed) you or your attorney must do all of the following:

(a) file an answer explaining your position at

Clerk of Court
United States Bankruptcy Court
Eastern District of Pennsylvania
The Gateway Building
201 Penn Street, Suite 103
Reading, PA 19601

If you mail your answer to the bankruptcy clerk's office for filing, you must mail it early enough so that it will be received on or before the date stated above; and

  (b) mail a copy to the movant's attorney:

Jonathan Schwalb, Esquire  
Friedman Vartolo, LLP  
1325 Franklin Avenue, Suite 160  
Garden City, NY 11530  
T: (212) 471-5100  
F: (212) 471-5150  
Bankruptcy@FriedmanVartolo.com

  2. If you or your attorney do not take the steps described in paragraphs 1(a) and 1(b) above and attend the hearing, the court may enter an order granting the relief requested in the motion.

  3. A hearing on the motion is scheduled to be held before the Honorable Patricia M. Mayer on the 7th day of December 2021, at 10:00 A.M., at United States Bankruptcy Court, The Gateway Building, 201 Penn Street, 4th Floor, Reading, PA 19601.

  4. If a copy of the motion is not enclosed, a copy of the motion will be provided to you if you request a copy from the attorney named in paragraph 1(b).

  5. You may contact the Bankruptcy Clerk's office at 610-208-5040 to find out whether the hearing has been canceled because no one filed an answer.

Dated: November 18, 2021

            By: _/s/ *Jonathan Schwalb*_____  
              Jonathan Schwalb, Esq.  
              FRIEDMAN VARTOLO LLP  
              Attorneys for Movant  
              1325 Franklin Avenue, Suite 160  
              Garden City, New York 11530  
              T: (212) 471-5100  
              F: (212) 471-5150  
              Bankruptcy@FriedmanVartolo.com

TO:

**Trustee**
Scott F. Waterman (Chapter 13)
Chapter 13 Trustee
2901 St. Lawrence Ave.
Suite 100
Reading, PA 19606

**Debtor's Counsel**
John R.K. Solt, Esquire
John R. K. Solt, P.C.
Gateway Professional Center
2045 Westgate Drive, Suite 404B
Bethlehem, PA 18017

**U.S. Trustee**
United States Trustee
Office of the U.S. Trustee
200 Chestnut Street
Suite 502
Philadelphia, PA 19106

**Debtor**
Francis Kamundia Kariuki
4037 Freemansburg Ave
Easton, PA 18045