United States Bankruptcy Court

Eastern District of Pennsylvania

In re:      Case No. 21-10268-pmm

Francis Kamundia Kariuki      Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-4      User: admin      Page 1 of 3

Date Rcvd: Mar 17, 2022      Form ID: pdf900      Total Noticed: 36

The following symbols are used throughout this certificate:
**Symbol    Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 19, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Francis Kamundia Kariuki, 4037 Freemansburg Ave, Easton, PA 18045-5500 |
| smg | + | Bureau of Audit and Enforcement, City of Allentown, 435 Hamilton Street, Allentown, PA 18101-1603 |
| smg | | City Treasurer, Eighth and Washington Streets, Reading, PA 19601 |
| smg | + | Dun & Bradstreet, INC, 3501 Corporate Pkwy, P.O. Box 520, Centre Valley, PA 18034-0520 |
| smg | + | Lehigh County Tax Claim Bureau, 17 South Seventh Street, Allentown, PA 18101-2401 |
| smg | + | Tax Claim Bureau, 633 Court Street, Second Floor, Reading, PA 19601-4300 |
| cr | + | Bethlehem Area School District and Township of Bet, c/o Portnoff Law Associates, Ltd., P.O. Box 3020, Norristown, PA 19404-3020 |
| cr | + | Fay Servicing, LLC as servicer for LSF9 Master Par, c/o Friedman Vartolo, LLP, 1325 Franklin Avenue, Suite 160, Garden City, NY 11530-1631 |
| 14597308 | + | Bethlehem Area School District, c/o Portnoff Law Associates, Ltd., P.O. Box 3020, Norristown, PA 19404-3020 |
| 14597306 | + | Bethlehem Area School District, c/o James R. Wood, Esquire, 2700 Horizon Drive, Suite 100, King of Prussia, PA 19406-2726 |
| 14650800 | + | FRIEDMAN VARTOLO, LLP, Attorneys for Fay Servicing, LLC, 1325 Franklin Avenue, Suite 160, Garden City, New York 11530bankruptcy@Fr 11530-163 |
| 14580755 | + | Fay Servicing, P.O Box 809441, Chicago, Il 60680-9441 |
| 14583556 | + | Fay Servicing, LLC, c/o McCalla Raymer Leibert Pierce, LLC, Bankruptcy Department, 420 Lexington Avenue, Suite 840, New York, NY 10170-0840 |
| 14650901 | + | Fay Servicing, LLC as Servicer for LSF9, c/o Jonathan Schwalb, Esq, 1325 Franklin Avenue, Suite 160, Garden City, New York 11530-1631 |
| 14583683 | + | Francis Kamundia Kariuki, c/o John R. K. Solt, Esquire, Gateway Professional Center Ste. 404, 2045 Westgate Drive, Bethlehem, PA 18017-7480 |
| 14594395 | | LSF9 Master Participation Trust, PO Box 814609, Dallas, TX 75381-4609 |
| 14594663 | + | LSF9 Master Participation Trust, c/o Rebecca Solarz, KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14580756 | | TD Bank USA/Target, P.O. Box, Minneapolis, MN 55440 |
| 14597307 | + | Township of Bethlehem, c/o James R. Wood, Esquire, 2700 Horizon Drive, Suite 100, King of Prussia, PA 19406-2726 |
| 14597309 | + | Township of Bethlehem, c/o Portnoff Law Associates, Ltd., P.O. Box 3020, Norristown, PA 19404-3020 |
| 14580758 | | United Nations FCU, 3402 44th Road, Long Island City, NY 11101 |

TOTAL: 21

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | + | Email/Text: taxclaim@countyofberks.com | Mar 17 2022 23:48:00 | Tax Claim Bureau, 633 Court Street, Second Floor, Reading, PA 19601-4300 |
| smg | + | Email/Text: usapae.bankruptcynotices@usdoj.gov | Mar 17 2022 23:48:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |
| 14599283 | | Email/PDF: resurgentbknotifications@resurgent.com | Mar 17 2022 23:56:47 | CACH, LLC, c/o Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14581990 | | Email/PDF: resurgentbknotifications@resurgent.com | Mar 17 2022 23:56:52 | CACH, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14580760 | + | Email/Text: bankruptcy_notifications@ccsusa.com | Mar 17 2022 23:48:00 | Credit Collection Services, PO Box 607, Norwood, MA 02062-0607 |
| 14580757 | | Email/Text: mrdiscen@discover.com | Mar 17 2022 23:48:00 | Discover Financial Services, PO Box 15316, Wilmington, DE 19850 |
| 14598327 | | Email/Text: mrdiscen@discover.com | | |

| Recip ID | | Delivery Method | Date/Time | Recipient |
|---|---|---|---|---|
| | | | Mar 17 2022 23:48:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany OH 43054-3025 |
| 14580759 | + | Email/Text: Bankruptcy@ICSystem.com | Mar 17 2022 23:48:00 | IC System, PO Box 64378, Saint Paul, MN 55164-0378 |
| 14595032 | | Email/Text: JCAP_BNC_Notices@jcap.com | Mar 17 2022 23:48:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud Mn 56302-9617 |
| 14586617 | + | Email/Text: PBNCNotifications@peritusservices.com | Mar 17 2022 23:48:00 | Kohl's, Peritus Portfolio Services II, LLC, PO BOX 141509, IRVING, TX 75014-1509 |
| 14597870 | | Email/PDF: resurgentbknotifications@resurgent.com | Mar 17 2022 23:56:47 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14585463 | + | Email/Text: bankruptcydpt@mcmcg.com | Mar 17 2022 23:48:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 14589547 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Mar 17 2022 23:48:00 | Pennsylvania Department of Revenue, Bankruptcy Division PO Box 280946, Harrisburg, Pa. 17128-0946 |
| 14589640 | + | Email/Text: bncmail@w-legal.com | Mar 17 2022 23:48:00 | TD Bank USA, N.A., C O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |
| 14587440 | + | Email/Text: documentfiling@lciinc.com | Mar 17 2022 23:48:00 | Tea Olive, LLC, PO BOX 1931, Burlingame, CA 94011-1931 |
| 14630511 | | Email/Text: collectionsdepartment@unfcu.com | Mar 17 2022 23:48:00 | United Nations Federal Credit Union, 24-01 44th Road, Long Island City, NY 11101 |

TOTAL: 16

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | LSF9 Master Participation Trust |
| smg | * | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| cr | *+ | Fay Servicing, LLC, c/o McCalla Raymer Leibert Pierce, LLC, Bankruptcy Department, 420 Lexington Avenue, Suite 840, New York, NY 10170-0840 |

TOTAL: 1 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 19, 2022        Signature:    /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 17, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| JAMES RANDOLPH WOOD | |

on behalf of Creditor Bethlehem Area School District and Township of Bethlehem jwood@portnoffonline.com jwood@ecf.inforuptcy.com

JOHN R.K. SOLT
on behalf of Debtor Francis Kamundia Kariuki jsolt.soltlaw@rcn.com rbernabe.soltlaw@rcn.com;soltjr78257@notify.bestcase.com

JONATHAN C. SCHWALB
on behalf of Creditor Fay Servicing LLC as servicer for LSF9 Master Participation Trust bankruptcy@friedmanvartolo.com

JONATHAN WILKES CHATHAM
on behalf of Creditor PA Dept of Revenue RA-occbankruptcy7@pa.gov

LAUREN MOYER
on behalf of Creditor Fay Servicing LLC as servicer for LSF9 Master Participation Trust lmoyer@friedmanvartolo.com

REBECCA ANN SOLARZ
on behalf of Creditor LSF9 MASTER PARTICIPATION TRUST bkgroup@kmllawgroup.com rsolarz@kmllawgroup.com

SCOTT F. WATERMAN (Chapter 13)
ECFMail@ReadingCh13.com

United States Trustee
USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 8

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| In Re: | Chapter 13 |
|---|---|
| Francis Kamundia Kariuki | Bankruptcy No. 21-10268-PMM |
| Debtor | |

ORDER DISMISSING CHAPTER 13 CASE

AND NOW, after notice and hearing, it is ORDERED that the case is DISMISSED.

IT IS FURTHER ORDERED that any wage order entered in this case is hereby TERMINATED and the employer shall cease wage withholding immediately.

**Date: March 17, 2022**

_____
PATRICIA M. MAYER
U.S. BANKRUPTCY JUDGE